AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| WANDY JOSE RODRIGUEZ RODRIGUEZ <br><br> *Plaintiff(s)* <br> v. <br> LUCKY LOTTO GROCERY DELI CORP. d/b/a THE CORNER STORE, NY DELI GRILL CORP., FLATBUSH GARDEN DELI CORP., HUSSEIN GHARAMA, DOE DEFENDANTS I, II and III <br><br> *Defendant(s)* | Civil Action No. 22-CV-2256 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See Attached List of Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHARLES CARANICAS
THE KAPLAN LAW OFFICE
30 Wall Street, 8th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/20/2022     /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

<u>DEFENDANTS TO BE SERVED, Case No. 22-CV-2256:</u>

LUCKY LOTTO GROCERY DELI CORP.
1864 Nostrand Avenue
Brooklyn, New York 11226

NY DELI GRILL CORP.
1864 Nostrand Avenue
Brooklyn, New York 11226

FLATBUSH GARDEN DELI CORP.
1864 Nostrand Avenue
Brooklyn, New York 11226

HUSSEIN GHARAMA
1864 Nostrand Avenue
Brooklyn, New York 11226

DOE DEFENDANT I (Hamoudi)
1864 Nostrand Avenue
Brooklyn, New York 11226

DOE DEFENDANT II (Montana)
1864 Nostrand Avenue
Brooklyn, New York 11226

DOE DEFENDANT III (Sadaam)
1864 Nostrand Avenue
Brooklyn, New York 11226