UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WANDY JOSE RODRIGUEZ RODRIGUEZ,

              *Plaintiff*,

-against-

LUCKY LOTTO GROCERY DELI CORP. d/b/a THE CORNER STORE, NY DELI GRILL CORP, FLATBUSH GARDEN DELI CORP., SALEH A. MUTHANA, and SADDAM GHARAMA,

              *Defendants*.

22-CV-2256 (ARR) (JRC)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

**OPINION & ORDER**

ROSS, United States District Judge:

    This Court has received the Report and Recommendation on the instant case dated October 16, 2025, from the Honorable James R. Cho, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the Court grants defendant Muthana's motion to vacate the default judgment against him under Rule 60(b)(4) and defendant Gharama's motion to vacate the default judgment against him under Rule 60(b)(1).

SO ORDERED.

      /s/
Allyne R. Ross
United States District Judge

Dated: January 27, 2026
      Brooklyn, New York